# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 28, 2011

142381 & (15)(16)(17)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ALBERT WASHINGTON, Conservator for
ROSIE WASHINGTON,
               Plaintiff-Appellee,

v

ST. JOHN HEALTH and ST. JOHN SENIOR
COMMUNITY, jointly and severally,
               Defendants-Appellants.
_____/

SC: 142381
COA: 301528
Wayne CC: 09-001673-NO

      On order of the Court, the motions for immediate consideration and for miscellaneous relief are GRANTED. The application for leave to appeal the December 29, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 28, 2011

_____
Clerk

y0125